Hudson

In the United States District Court For the Eastern District of Virginia

Carlos Alray Woodley, #75612
Plaintiff,

Civil Action No. 3:20cv993

-V-

Complaint

Larry Leabough, Superintendent
Riverside Regional Jail, Frank Mack,
MAJOR Riverside Regional Jail
Sgt. Michael Plutro, Lt. Stoney Whirley,
Sgt. PurYear, Lt. Bain, Lt. Tally
Sgt. Kendrick, Sgt. Sample
Captain Wyche, Lt. Peterson,
Sgt. Ferguson, officer Mays,
officer Marshall, officer Lawson,
Lt. Smith, Captain Mells, officer Hamilton,
Sgt. Nickel Berry, Hearing officer
Individually and in their official
Capacities,
Defendants.

FILED
DEC 29 2020
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## I. JURISDICTION & VENUE

1. This is a civil action authorized by 42 U.S.C Section 1983 to redress the deprivation, under color of state law, of Rights secured by the Constitution of the United States. The Court has jurisdiction under 28 U.S.C Section 1331 and 1343(a)(3). Plaintiff Woodley seeks declaratory relief pursuant to 28 U.S.C section 2201 and 2202. Plaintiff Woodley's claims for Injunctive relief are authorized by 28 U.S.C 2283 and 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2. The Eastern District of Virginia is an Appropriate venue under 28 U.S.C Section 1391(b)(2) because it is where the Events giving rise to this claim Occurred.

RECEIVED
DEC 28 2020
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## II. PLAINTIFF

3. Plaintiff Carlos Woodley, is and was at all times mentioned

herein an Inmate of the state of Virginia in the custody of Riverside Regional Jail. He is currently confined in Riverside Regional Jail, in Prince George, Virginia.

## III. Defendants

4. Defendant Larry Leabough is the superintendent of Riverside Regional Jail. He is Legally responsible for the operation of Riverside Regional Jail and for the welfare of all the Inmates of that jail.

5 Defendant Frank Mack is A MAJOR At Riverside Regional Jail who oversees I Building & Supermax Inmates.

6. Sgt. Nickelberry is the Hearings officer At Riverside Regional jail, who conducts All Disciplinary Hearings.

7. Sgt. Michael Plutro, Lt. Stoney Whirley, Sgt. Pur Year, Lt. Bain, Lt. Tally, Sgt Kendrick, Sgt. Sample, Captain Wyche, Lt. Peterson, Sgt. Ferguson, officer Mays, officer Marshall, officer Lawson, officer Hamilton, & Captain Mells Are All Staff members At the Riverside Regional Jail.

8. Each defendant is sued individually and in his/her official capacity. At all times mentioned in this complaint each defendant acted under color of state Law.

## III. FACTS

9. At All times relevant to this case, Plaintiff Woodley was an Inmate.

10. On August 9, 2020 while protesting in front of my cell, refusing to Lockdown, standing in my doorway Sgt. Michael Plutro, & Lt. Whirley Forcefully closed my Foot inside the doorway. After getting my foot unstuck, I placed my Body in the doorway & stated I wanted to speak to A Lt, or A Captain about our

Showers, Recreation, & SANitation. Lt. Whirley took it upon himself to close the door on me again, grabbed me by my throat and Pushed me inside my cell. That's when I Fell back, and stumbled, I tried to come out the cell, that's when 3 officers rushed into my cell. Including officer Hamilton, Sgt. Michael Plutro, & Lt. Stoney Whirley. At this time I was Punched in the face, & head by Lt. Stoney Whirley, also I was Punched in my Face & head by Sgt. Michael Plutro. After making it out the cell blows were exchanged between Me & Lt. Whirley. I then was O.C Sprayed by Sgt. Michael Plutro, thats when I ran From the Situation. As I was wiping my eyes Sgt Michael Plutro Punched me in my Face in the middle the Pod for no reason. I was then taken to Medical with no Futher Incident. Injuries I sustained was swelling to my left Knee, Swelling to the left side of my head, with A Knot, & swelling to my Face.

11. On August 21, 2020 A Partial Hearing was done by Sgt. Nickelberry. In this Hearing Sgt. Nickelberry spoke with witnesses who verified that Lt. Whirley did in fact place his hands on me to get me inside of my cell. Sgt Nickelberry stated; Right is Right, Wrong is Wrong, and that she needed to speak with Major Mack about situations as such, and was continuing the Hearing until the Following Monday. I never heard anything back About this Hearing. I was never afforded A chance to Appeal any Decision made, because the Hearing was never completed. I was in Segregation 12 days before this Partial Hearing, which violates Riverside Regional Jail Policy. You Are supposed to be served A charge within 7 days, I filed A Grievance about this on 8/20/20 @ 5:46 pm, it violates My Due Process.

12. On 8/26/20 Sgt. Kendrick, Lt. Bain, Captain Mells, Sgt. Sample, Lt. Peterson, Sgt. Ferguson, Officer Mays, and Officer Marshall came and got Me From Housing Unit 2-C-B, and said they got orders to move me to ICA-Pod From Superintendent Leabaugh, & to strip me out my clothes and Put me in A Suicide Smock. I refused to give my clothes up so these officers placed me in Booking in A Restraint Chair For 4 Hours.

13. On August 27, 2020 Captain Mells, Lt Peterson, Sgt. Sample, Sgt. Puryear, officer Lawson, officer Mays, & officer Marshall came to my cell and told me to give up my property & my clothing to go in a Smock per Superintendent Leabough. I refused to give my clothes up. They had the hand held video recorder. When I refused this time these officers took a Tear Gas spray with a hose, put it in my cell and sprayed me with it. When I cuffed up to come out the cell, they forcefully took all my clothes off against my will, then placed me back in a restraint chair for 4 more Hours. Then they placed me in a Empty cell, no mattress, no Blankets, I stayed this way until I went to court the next morning on August 28, 2020.

14. On August 28, 2020 After coming back from Chesterfield Court, I refused to give all my clothing up, Again Lt. Smith & Lt. Tally placed me back in a restraint chair, and gave me a diet Loaf to eat. They said Major Mack put me on Diet Loaf for 7 days due to me being Non-compliant to give up my clothes. Captain Wyche & officers made sure I stayed in restraint chair from August 28 2020 6:00pm until August 29, 2020 Around 10:30am. I was placed in Suicide Smock back in a empty cell.

15. I was on strip cell with no clothes, or property for 22 days. I also was on 24 Hour Lockdown per Major Mack. During these 22 days, I went 9 days without a shower. When they came to give me a shower I had to shower with restraints on, per Superintendent Leabough. I was placed behind 2 steel double doors. Cut off from the outside world completely. No mail, No Lawyer visits, no phone calls, No human contact. The First 6 days I went to sleep without them providing me with a mattress. Superintendent Leabough said A mattress is something I had to Earn back Also. This Jail Denied me Court Appearances on August 31, 2020 in Chesterfield JDR, & on Sept 8, 2020 in Prince George JDR. All in the form of Retaliation. I could not have clothes, Personal property, or No Hygiene Items doing these 22 days. I had to go 22 days without Brushing my teeth.

## IV. Exhaution And Legal Remedies

16. Plaintiff Woodley used the Inmate Grievance Procedure available at Riverside Regional Jail to try and solve these problems. On 8/10/20 I Filed A Grievance about being Assaulted by Sgt. Plutro, & Lt. Whirley. B. Hudson Failed to Log my Grievance, but responded stating: You recieved a charge For this Incident. It is not grievable. However, when you have your Hearing, you will be given the opportunity to Appeal the Finding if you choose to do so. On August 20, 2020 I Filed A Grievance on me being in the SHU 11 days without A charge. Mrs. Reedy Failed to Log my Grievance, but responded stating, Per Col Leabaugh your Classification/Housing is permanently in SHU due to your Assaultive behavior on staff.

On September 19, 2020, September 23, 2020, September 25, 2020, September 27 2020, September 30, 2020, and October 22, 2020 All Grievances on these dates were denied By Mrs. Reedy OR B. Hudson stating Grievances must be filed within 24 Hours of the Occurence.
*Note* I was on strip cell FOR 3 weeks, I Filed Grievances once they Allowed me my Property, & writing materials.

## V. LEGAL CLAIMS

16. Plaintiff reallege and incorporate by reference Paragraphs 1-17

17. Defendant Leabaugh violated Plaintiff Woodley's Fourteenth Amendment and Plaintiff's eight Amendment of the United States Constitution.

18. Hearing officer Sgt. Nickelberry violated Plaintiff Woodley's Fourteenth Amendment Due Process, by not completing Disciplinary Hearing Process.

19. Sgt. Michael Plutro & Lt. Stoney Whirley violated Plaintiff Woodley's eight Amendment by Assaulting me using Excessive Force, Officer Hamilton Assisted in this Assault

20. Sgt. PorYear, Lt. Bain, Lt. Tally, Sgt. Kendrick, Sgt Sample, Captain Wyche, Lt. Peterson, Sgt Ferguson, officer Mays, officer Marshall, officer Lawson, Lt. Smith, Captain Mells All violated Plaintiff Woodley's eight Amendment of the United States Constitution. All the above mentioned used A Restraint chair AS A Disciplinary Measure FOR me refusing to give

my clothes up, something that is A Need. Clothing is A Basic Necessity of Human existence.

21. Sleeping on concrete without A mattress FOR 6 Days, 9 days without a shower, showering in handcuffs & shackles, 22 days on 24 Hour Lockdown, with no recreation, NO mail, no visits, no phone calls, NO human contact. Superintendent Larry Leabough, & MAYOR Frank Mack Disregarded a substantial risk of serious harm to Plaintiff Woodley.

22. Defendants Superintendent Larry Leabough & MAYOR Frank Mack violated Plaintiff Woodley's Eight Amendment, and fourteenth Amendment, and Imposed AN atypical and significant hardship on Plaintiff Woodley. These two Defendants Larry Leabough & Frank Mack continue to house me in A SuperMax Setting, behind 2 Steel Doors on 23 hour Lockdown. My Mental Health has gotten worse due to the Mental Anguish I am being subjected to. I continue to go without my Incoming mail, phone calls, Legal Mail, contact with my family members, And denied Court Appearances. Still violating My Eight & Fourteenth Amendments of the United States Constitution.

23. Plaintiff Woodley has NO plain, adequate, OR complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the Declaratory and Injunctive relief which Plaintiff seeks.

## VI. Prayer For Relief

WHEREFORE, Plaintiff respectfully pray that this court enter judgement:

24 Granting A declaration that the acts and omissions described herein violate his rights under the Constitution and Laws of the United States, and

25. A Preliminary and Permanent injunction ordering Defendants Larry Leabough, and Frank Mack to release me From Punitive Segregation.

26. Granting Plaintiff Woodley compensatory damages in the amount of $150,000 against Defendants Larry Leabough, Frank Mack, Sgt. Michael Plutro, Lt. Stoney Whirley and Sgt Nickelberry jointly and severally.

27. Plaintiff Woodley seeks Punitive damages in the amount of $500,485. Plaintiff Woodley seeks these damages against Defendants Larry Leabough, Frank Mack, Sgt. Michael Plutro, Lt. Stoney Whirley, Sgt. PurYear, Lt. Bain, Lt Tally, Sgt Kendrick, Sgt. Sample, Captain Wyche, Lt. Peterson Sgt. Ferguson, officer Mays, officer Marshall, officer Lawson, Lt. Smith, Captain Mells, officer Hamilton, and Sgt. Nickelberry, jointly and Severally.

28 Plaintiff Also seeks a jury trial on all Issues triable by jury,

29. Plaintiff Also seek recovery of their costs in this Suit, and

30 Any additional relief this court deems just, Proper, and Equitable.

Dated: December 16, 2020

Respectfully Submitted:

Carlos Woodley #75612
Riverside Regional Jail
500 Folar Trail
North Prince George, VA 23860

I have read the Foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on Information and belief, and, As to those, I believe them to be true. I certify under Penalty of Perjury that the Foregoing is true and correct.

Executed at Prince George, Virginia On December 16, 2020

Carlos Woodley

City/County of Prince George
Commonwealth/State of Virginia
The foregoing instrument was acknowledged before me this 17 day of December 2020 by Carlos Woodley
(name of person seeking acknowledgement)

Notary Public
My commission expires: 05/31/24

REGINALD GILES
NOTARY PUBLIC
REG. #7508211
MY COMMISSION EXPIRES 05/31/24
COMMONWEALTH OF VIRGINIA