Carlos Woodley #75612
RRJ
500 Folar Trail
North Prince George, VA 23860

RICHMOND VA 230
21 DEC 2020 PM 6 L

Happy Holidays
USA ★ FOREVER

Clerk's Office
United States District Court
Eastern District of Virginia
701 East Broad Street, Suite 3000
Richmond, VA 23219-3528

23219-352899

Carlos Woodley #75612
RRJ
500 Folar Trail
North Prince George, VA 23860

RICHMOND VA 230
21 DEC 2020 PM 4 L




U.S. ... ALS
... ECTED

Clerk's office
United States District Court
Eastern District of Virginia
701 East Broad Street, Suite 30(
Richmond, VA 23219-3528

23219-352899