IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CARLOS ALROY WOODLEY, )
)
    Plaintiff, )
v. ) Civil Action No. 3:20CV993–HEH
)
SUPERINTENDENT )
LARRY LEABOUGH, *et al.*, )
)
    Defendants. )

## MEMORANDUM OPINION
### (Dismissing Defendants for Lack of Service)

Plaintiff, a Virginia inmate proceeding *pro se* filed this civil rights action. The matter is before the Court on Plaintiff's failure to serve Defendants Puryear, Hamilton, Bain, Wyche, Fergunson, Plutro, Marshall, and Lawson within the time required by Federal Rule of Civil Procedure 4(m).

Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff had ninety (90) days from the filing of the complaint to serve the defendants. Here, that period commenced on January 19, 2022. By Memorandum Order entered on April 28, 2022, the Court directed Plaintiff, within eleven (11) days of the date of entry thereof, to show good cause for his failure to serve the Defendants Puryear, Hamilton, Bain, Wyche, Fergunson, Plutro, Marshall, and Lawson within the time required by Rule 4(m). Plaintiff has not

responded. Accordingly, the action will be dismissed without prejudice against Defendants Puryear, Hamilton, Bain, Wyche, Fergunson, Plutro, Marshall, and Lawson.

An appropriate Order shall accompany this Memorandum Opinion.

                                       /s/
                           Henry E. Hudson
Date: Sept 7, 2022      Senior United States District Judge
Richmond, Virginia