**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**CARLOS ALROY WOODLEY,**

Plaintiff,

v. Civil Action No. **3:20CV993**

**SUPERINTENDENT LARRY LEABOUGH, *et al.*,**

Defendants.

**MEMORANDUM ORDER**
**(Directing Plaintiff's Place of Incarceration to Cease Collecting the Filing Fee)**

Plaintiff has paid the full filing fee for the present action. Accordingly, the accounting department at Plaintiff's place of incarceration is DIRECTED to cease collecting fees for the present action.

The Clerk is DIRECTED to send a copy of this Memorandum Order to Plaintiff and the accounting department at Plaintiff's place of incarceration.

It is so ORDERED.

/s/ MRC
Mark R. Colombell
United States Magistrate Judge

Date: MAR 24 2026
Richmond, Virginia